(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Anthony Michael Dunaway, Sr.
3966 Belvo Road
Miamisburg, Ohio 45342

**Plaintiff(s)**

**Case No.**

## 3 : 26 cv 007

### WALTER H. RICE

**MAGISTRATE JUDGE SILVAIN**

**vs.**

Admin Judge Helen Wallace

**Defendants(s)**

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?** Yes ✓ No____
    **A. If you answered "Yes":**
        (1) What is the name and address of your employer
        Loyal Lawns Landscaping

        (2) How much do you earn per month?
        $2,358.00

    **B. If you answered "No"**
        (1) Have you ever been employed? Yes____ No____
        If yes, what was the last year and month you were
        employed? _____
        How much did you earn a month?_____

**II. What is your marital status?**
    Single____ Married____ Widowed____ Divorced____
    **A. If you answered "Married":**
        (1) Is your spouse employed? Yes____ No____
        If yes, how much does your spouse earn each month?
        $_____

**III. Do you have any dependents?** Yes ✓ No____
If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|-------------|--------|
| Mya Dunaway | Daughter | |
| Isaiah Lewis | Son | 350.00 |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?** Yes____ No ✓
    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
 Yes_____  No _X_

 A. If you answered "Yes", state the combined total amount:
 $_____.

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
 Yes____  No _X_
 A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VIII. State your address and telephone number where the Court can reach you.**

_____
_____
_____
_____

I declare under penalty of perjury that the above information is true and correct.

_1-2-26_____     _____
 **Date**                        **Signature of Applicant**